**United States Bankruptcy Court**
**Southern District of Florida**

In re FJKII Properties _____  Case No. 15-19496-H
                 Debtor(s)                Chapter  11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ~~Florida Capital Management, LLC~~ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

FJKII Properties Inc.

■ None [*Check if applicable*]

MAY 26 2015
Date

/s/ FJ Keitel
Signature of Attorney or Litigant
Counsel for FJKII Properties Inc
FREDERICK J. KEITEL
PO BOX 3243
PALM BEACH FL 33480

Official Form 2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date *MAY 26, 2015*

Signature *FJ Keitel*

*FREDERICK J. KEITEL Pres.*
(Print Name and Title)
*FJK III Properties Inc*