UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No: **15-19496-PGH**
                                                                          Chapter: **11**

**FJK III Properties, Inc.**
EIN: 65-0786266


_____Debtor_____/


### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that HAILE SHAW & PFAFFENBERGER, PA hereby enters its appearance as attorneys for **PJC Holdings, LLC and PJC Funding, LLC** in the above proceeding, and pursuant to Bankruptcy Rule 2002, requests that its name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served upon the following:

> HAILE SHAW & PFAFFEBERGER, P.A.
> c/o Leslie C. Adams, Esq.
> 660 US Highway One, Third Floor
> North Palm Beach, FL 33408
> ladams@haileshaw.com

Please take further notice that the foregoing request includes notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted this 2nd day of June, 2015

                                                            HAILE SHAW & PFAFFENBERGER, P.A.

                                                            /s/ Leslie C. Adams_____

        Leslie C. Adams, Esq,
(Florida Bar Number 686476)
ladams@haileshaw.com
Haile Shaw & Pfaffenberger, P.A.
660 U.S. Highway One, Third Floor
North Palm Beach, FL 33408
Telephone: (561) 627-8100
Facsimile: (561) 622-7603

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for Southern District of Florida and am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served by CM/ECF electronic notice to counsel for the Debtor and the Trustee and by regular first class mail to the debtor this 2nd day of June, 2015

        HAILE SHAW & PFAFFENBERGER, P.A.

        /s/ Leslie C. Adams
Leslie C. Adams, Esq,
(Florida Bar Number 686476)
ladams@haileshaw.com
Haile Shaw & Pfaffenberger, P.A.
660 U.S. Highway One, Third Floor
North Palm Beach, FL 33408
Telephone: (561) 627-8100
Facsimile: (561) 622-7603

**REGULAR MAIL**
FJK III PROPERTIES, INC.
PO BOX 3243
PALM BEACH, FL 33480

**VIA CM/ECF**
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130.