UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:  CASE NO. 15-19496-PGH
CHAPTER 11

FJK III PROPERTIES, INC.,

       Debtor.
_____/

### DEBTOR-IN-POSSESSION'S APPLICATION FOR EMPLOYMENT OF ATTORNEY *NUNC PRO TUNC* TO JUNE 25, 2015

**FJK III PROPERTIES, INC.**, Debtor-in-Possession (the "Debtor") respectfully requests an order of the court authorizing the employment of ROBERT C. FURR, ESQ. and the law firm of FURR AND COHEN, P.A., *nunc pro tunc* to June 25, 2015, to represent the debtor in this case and states:

1. On May 26, 2015, the Debtor filed a voluntary petition under chapter 11 of the United States Bankruptcy Code.

2. The Debtor desires to employ ROBERT C. FURR, ESQ. and the firm of FURR AND COHEN, P.A., 2255 Glades Road, Suite 337W, Boca Raton, FL 33431, telephone (561)395-0500, as attorneys in this case.

3. The Debtor believes that the attorney is qualified to practice in this court and is qualified to advise the debtor on its relations with, and responsibilities to, the creditors and other interested parties.

4. The professional services the attorney will render are summarized as follows:

(a) To give advice to the debtor with respect to its powers and duties as a debtor-in-possession and the continued management of its business operations;

(b) To advise the debtor with respect to its responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of the court;

(c) To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case;

(d) To protect the interest of the debtor in all matters pending before the court;

(e) To represent the debtor in negotiation with its creditors in the preparation of a plan.

5. To the best of the debtor's knowledge, neither said attorney nor said law firm have any connection with the creditors or other parties in interest or their respective attorneys. Neither said attorney nor said law firm represent any interest adverse to the debtor. Robert C. Furr serves as a Panel Trustee in the Southern District of Florida in Chapter 7, Chapter 12 and Chapter 11 cases.

6. Attached to this motion is the proposed attorney's affidavit demonstrating ROBERT C. FURR, ESQ. and the firm of FURR AND COHEN, P.A. are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014.

WHEREFORE, the Debtor respectfully requests an Order authorizing retention of <u>ROBERT C. FURR, ESQ. and the law firm of FURR AND COHEN, P.A.</u>, *nunc pro tunc* to June 25, 2015, on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330, and for such other and further relief as this Court deems just and proper.

Dated: 7/13/15

FJK III PROPERTIES, INC.

By /s/ Frederick J. Keitel
FREDERICK J. KEITEL,
President
PO Box 3243
Palm Beach, Florida 33480

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the following parties, in the manner stated, on July 13, 2015.

FURR AND COHEN, P.A.
Attorney for Debtor
2255 Glades Road
One Boca Place, Suite 337W
Boca Raton, FL 33431
(561) 395-0500 (561)338-7532-fax

By  /s/ Robert C. Furr
ROBERT C. FURR, ESQ.
Florida Bar No. 210854
EMAIL rfurr@furrcohen.com

## SERVED VIA ECF ELECTRONIC FILING: (7/13/15)

- Leslie C Adams leslieburgk@gmail.com, susieadams2010@gmail.com;hspbkfilings@gmail.com
- Robert C Furr bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Orfelia M Mayor omayor@ombankruptcy.com, legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

## Manual NOTICE PARTIES:  VIA E-MAIL: (7/13/15)

**Frederick J. Keitel, III**

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:  CASE NO. 15-19496-PGH
CHAPTER 11

FJK III PROPERTIES, INC.,

Debtor.
_____/

## AFFIDAVIT OF PROPOSED ATTORNEY FOR DEBTOR IN POSSESSION

STATE OF FLORIDA    )
                    ) ss
COUNTY OF PALM BEACH )

ROBERT C. FURR, being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.

2. I am employed by the law firm of Furr and Cohen, P.A., with offices located at 2255 Glades Road, One Boca Place Suite 337W, Boca Raton, FL 33431 .

3. Neither I nor the firm represent any interest adverse to the debtor, or the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).

4. Robert C. Furr serves as a Panel Trustee in the Southern District of Florida in Chapter 7, Chapter 12 and Chapter 11 cases.

5. Except for the continuing representation of the debtor, neither I nor the firm has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the debtor in possession, other than I do represent related Chapter 11 Debtor entity, FJK PROPERTIES, INC. in Case No. 15-19494-PGH.

6. I have received a retainer of $25,000.00 from FJK III Properties, Inc. to file a Motion for Reconsideration of the Order Dismissing Case and to prepare Schedules and Statement of Financial Affairs for both Chapter 11 Debtors.

- 1 -

FURTHER AFFIANT SAYETH NAUGHT.

                FURR AND COHEN, P.A.
                Attorney for Debtor

                By _____
                ROBERT C. FURR, ESQ.
                Florida Bar No. 210854
                EMAIL rfurr@furrcohen.com

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 13th day of July, 2015, by ROBERT C. FURR, ESQ., who is personally known to me or who has produced _____ as identification and who did not take an oath.

_____
Notary Public-State of Florida

My Commission expires:

SHEREE HURAYT
Notary Public - State of Florida
My Comm. Expires Jul 29, 2017
Commission # FF 008750

Copies to:
All parties served with application for employment.

- 2 -